Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
Christine M. Emanuelson, Esq.
Nevada Bar No. 10143
**HINES HAMPTON LLP**
1601 Diamond Oaks Court
Las Vegas, NV 89117
Tel.: (702) 933-7829
Fax: (702) 974-1709
cemanuelson@hineshamptonllp.com

Attorneys for Defendant,
NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA

Brian D. Nettles, Esq.
Nevada Bar No. 7462
William R. Killip, Jr., Esq.
Nevada Bar No. 3660
Jennifer Peterson, Esq.
Nevada Bar No. 11242
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Tel.: (702) 434-8282
brian@nettleslawfirm.com

Attorneys for Plaintiff, CHRIS N. ONISHI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS N. ONISHI,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants | CASE NO.: 2:17-cv-01114-GMN-GWF<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

TO THE HONORABLE GEORGE FOLEY, JR., ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Chris N. Onishi and Defendant Nationwide Affinity Insurance Company of America, by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-captioned case in its entirety with prejudice.

The parties have agreed that each side bear its own costs and fees.

Dated: December 18, 2017         **HINES HAMPTON**

By:  /s/ *Christine M. Emanuelson*
Christine M. Emanuelson
Attorney for Defendant
NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA

Dated: December 18, 2017         **NETTLES LAW FIRM**

By: _____
Brian D. Nettles
William R. Killip, Jr., Esq.
Jennifer Peterson, Esq.
Attorneys for Plaintiff
CHRIS N. ONISHI

# CERTIFICATE OF SERVICE

I hereby certify that on December 21 2017, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2017.

*Laura J. Erbe*
Laura J. Erbe

**Electronic Notice List**

Brian Nettles
brian@nettleslawfirm.com
Edward Wynder
edward@nettleslawfirm.com
Christian Morris
christrian@nettleslawfirm.com
Attorneys for Plaintiffs

1 | Whitney C. Wilcher, Esq.
Nevada Bar No. 7212
2 | Christine M. Emanuelson, Esq.
Nevada Bar No. 10143
3 | **HINES HAMPTON LLP**
1601 Diamond Oaks Court
4 | Las Vegas, NV 89117
Tel.: (702) 933-7829
5 | Fax: (702) 974-1709
cemanuelson@hineshamptonllp.com
6 |
7 | Attorneys for Defendant,
NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA
8 | Brian D. Nettles, Esq.
Nevada Bar No. 7462
9 | William R. Killip, Jr., Esq.
Nevada Bar No. 3660
10 | Jennifer Peterson, Esq.
Nevada Bar No. 11242
11 | NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
12 | Henderson, Nevada 89014
Tel.: (702) 434-8282
13 | brian@nettleslawfirm.com

14 | Attorneys for Plaintiff, CHRIS N. ONISHI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS N. ONISHI,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants | CASE NO.: 2:17-cv-01114-GMN-GWF<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated this  21  day of December, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on December 21 2017, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2017.

*Laura J. Erbe*
Laura J. Erbe

**Electronic Notice List**

Brian Nettles
brian@nettleslawfirm.com
Edward Wynder
edward@nettleslawfirm.com
Christian Morris
christrian@nettleslawfirm.com
Attorneys for Plaintiffs